```
                                    ┌─────────────────────────────────┐
                                    │ USDC SDNY                       │
                                    │ DOCUMENT                        │
                                    │ ELECTRONICALLY FILED            │
                                    │ DOC #:_____          │
                                    │ DATE FILED: 10/12/2021          │
                                    └─────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ZURU (SINGAPORE) PTE., LTD.,               )
ZURU INC.,                                 )
ZURU LLC                                   )
                                           )     Case No.: 1:21-cv-08102-VEC
          Plaintiffs,                      )
                                           )
     v.                                    )
                                           )
THE INDIVIDUALS, CORPORATIONS,             )
LIMITED LIABILITY COMPANIES,               )
PARTNERSHIPS, AND UNINCORPORATED           )
ASSOCIATIONS IDENTIFIED ON                 )
SCHEDULE A HERETO,                         )
                                           )
          Defendants.                      )

## PRELIMINARY INJUNCTION ORDER

**THIS MATTER** comes before the Court on the application of the plaintiffs ZURU (SINGAPORE) PTE., LTD., ZURU INC., and ZURU LLC (together "Plaintiffs"), brought by way of Order to Show Cause, for entry of a Preliminary Injunction (the "Application") against the defendants identified on Schedule A to the Complaint (collectively, the "Defendants") and using at least the domain names identified in Schedule A to the Complaint (and unredacted copy of which is attached hereto) (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplace Accounts"); and

**THE COURT** having found that Plaintiffs meet the criteria for entry of preliminary injunctive relief; and

**THE COURT** having determined that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United

States, including New York, by offering to sell and ship products into this judicial district by, among other things, reaching out to do business with New York residents by operating one or more commercial, interactive Online Marketplace Accounts through which New York residents in this judicial district can purchase products bearing counterfeit versions of the Plaintiffs' BUNCH O BALLOONS products, which infringe on Plaintiffs' federally registered trademarks, bearing U.S. Trademark Registration No. 4709630 and U.S. Trademark Registration No. 60860134 (collectively, the "BUNCH O BALLOONS Trademarks"), and/or which infringe upon Plaintiffs' copyright, covered by U.S. Copyright Office Registration No. VA 1-935-444 (the "BUNCH O BALLOONS Copyright"); and

**THIS COURT** having determined that the evidence submitted in support of the Application establishes Plaintiffs have a likelihood of success on the merits; that no remedy at law exists; and that Plaintiffs will suffer irreparable harm if the injunction is not granted including for example:

1. Through the Declarations of Stephen Drysdale and Michael Yellin, and accompanying evidence, Plaintiffs have proved a prima facie case of trademark infringement because (1) the BUNCH O BALLOONS Trademarks are distinctive marks and registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use either of the BUNCH O BALLOONS Trademarks, and (3) Defendants' use of one or both of the BUNCH O BALLOONS Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiffs; and

2.  Plaintiffs have also proved a prima face case of copyright infringement because Defendants have copied Plaintiffs' BUNCH O BALLOONS products without Plaintiffs' consent; and

3.  Defendants' continued and unauthorized use of the BUNCH O BALLOONS Copyright and BUNCH OF BALLOONS Trademarks irreparably harms Plaintiffs through diminished goodwill and brand confidence, damage to Plaintiffs' reputation, loss of exclusivity, and loss of future sales; and

4.  Monetary damages fail to address such damage and, therefore, Plaintiffs have an inadequate remedy at law; and

5.  The public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions; and.

**THIS COURT** having determined, therefore, that injunctive relief previously granted in the Temporary Restraining Order ("**TRO**") on September 30, 2021 [Dkt. No. 13] (and currently in place until October 14, 2021) should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under the Federal Rule of Civil Procedure 65;

**NOW THEREFORE**, on this ____12____ day of October 2021, this Court ORDERS that:

1.  Defendants,[1] their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

---

[1] The relief set forth herein applies to all Defendants.  Two defendants – Hinseryo (number 78 on the attached list) and Glanz Axis (number 64 on the attached list) appeared at the October 12, 2021 hearing on this matter, and were granted specific additional relief, which is set forth in Paragraph 14 below.

a.       Using Plaintiffs' BUNCH O BALLOONS Trademarks, BUNCH OF BALLOONS Copyright, or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine BUNCH O BALLOONS product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' BUNCH O BALLOONS Trademarks and/or Copyright;

b.       Passing off, inducing, or enabling others to sell or pass off any product as a genuine BUNCH O BALLOONS product or any other product produced by Plaintiffs, that is not Plaintiffs or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' BUNCH O BALLOONS Trademarks and/or Copyright;

c.       Further infringing Plaintiffs' BUNCH O BALLOONS Trademarks and/or BUNCH O BALLOONS Copyright and damaging Plaintiffs' goodwill;

d.       Otherwise competing unfairly with Plaintiffs in any manner;

e.       Shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' BUNCH O BALLOONS Trademarks and/or BUNCH O BALLOONS Copyright or any reproductions, counterfeit copies, or colorable imitations thereof;

f.       Using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell counterfeit BUNCH O BALOONS products; and

4

g. Operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiffs' BUNCH O BALLOONS Trademarks and/or BUNCH O BALLOONS Copyright copyrights or any reproductions, counterfeit copies, or colorable imitations thereof that is not a genuine BUNCH O BALLOONS product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' BUNCH O BALLOONS Trademark and/or BUNCH O BALLOONS Copyright.

2.      Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiffs a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including but not limited to all Amazon.com, ContextLogic Inc. ("Wish"), PayPal, Inc. ("PayPal"), Payoneer, Inc. ("Payoneer"), Pin Pong Global Solutions, Inc. ("Ping Pong"), Coinbase Global, Inc. ("Coinbase"), eBay Inc ("eBay"), LianLian Global t/as LL Pay U.S., LLC ("LianLian"), AllPay Limited ("AllPay"), Union Mobile Financial Technology Co., Ltd ("Union Mobile"), and/or Alibaba accounts, and (d) the steps taken by each Defendant to comply with paragraph 1(a) through 1(g), above.

3.      Any domain name registries for the Defendant Domain Names, including, but not Limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

4.      Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as Amazon.com, ebay.com, Alibaba.com, Wish, PayPal, Payoneer,

Ping Pong, Coinbase, LianLian, AllPay, Union Mobile, social media platforms such as Facebook, YouTube, Linkedin, Twitter, Internet search engines such as Google, Bing, and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

   a. disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the BUNCH O BALLOONS Trademark and/or BUNCH O BALLOONS Copyright, including any accounts associated with the Defendants listed on Schedule A to the Complaint (and attached hereto);

   b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the BUNCH O BALLOONS Trademark and/or BUNCH O BALLOONS Copyright; and

   c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

  5. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as Amazon.com, ebay.com, Alibaba.com, Wish, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including Amazon.com, ebay.com, Alibaba.com, Wish, PayPal, Payoneer, Ping Pong, Coinbase, AllPay, Union Mobile, LianLian or other third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "**Third Party Providers**") shall,

within fourteen (14) business days after receipt of such notice, provide to Plaintiffs expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

      a.    The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

      b.    The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names;

      c.    Defendants' websites and/or any Online Marketplace Accounts;

      d.    The Defendant Domain Names or any domain name registered by Defendants; and

      e.    Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon.com, ebay.com, Alibaba.com, Wish, PayPal, Payoneer, Ping Pong, Coinbase, AllPay, Union Mobile, LianLian or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6.      Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7.      Western Union shall, within five (5) business days of receipt of this Order, block any Western Union money transfers and funds from being received by the Defendants identified in Schedule A until further ordered by this Court.

8.      Amazon Payments Inc. ("Amazon"), eBay, LianLian, Coinbase, Union Mobile, AllPay and Alibaba.com shall, within fourteen (14) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

       a.      Locate all accounts and funds or assets connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Amazon.com, ebay.com, Alibaba.com, Wish, PayPal, Payoneer, Ping Pong, LianLian, Union Mobile, AllPay and/or Coinbase accounts connected to and related to the information listed in Schedule A to the Complaint (and attached hereto); and

       b.      Restrain and enjoin any such accounts or funds or assets from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9.      Any banks, savings and loan associations, payment processors, or other financial institutions, including but not limited to Amazon.com, ebay.com, Alibaba.com, Wish, PayPal, Payoneer, Ping Pong, LianLian, Union Mobile, AllPay and/or Coinbase for any Defendant or any of Defendants' Online Marketplace Accounts or websites, shall within fourteen (14) business days of receipt of this Order:

a.      Locate all accounts and funds or assets connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any accounts connected to the information listed in Schedule A to the Complaint; and

b.      Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

10.     To the extent not yet complete, Plaintiffs shall provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website to which the Defendant Domain Names which are transferred to Plaintiffs' control will redirect, or by sending an e-mail to all e-mail addresses identified by Plaintiffs and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

11.     Plaintiffs' Schedule A to the Complaint, Exhibit 2 to the Declaration of Stephen Drysdale, and the TRO shall become unsealed.

12.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order.

13.     The five thousand dollars ($5,000.00) bond posted by Plaintiffs shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

14.     The foregoing relief applies to all defendants provided, however, that:

9

a.     On or before October 26, 2021, defendant Hinseryo may file written opposition to the relief requested in the Application, following which Plaintiffs may file a written reply submission by ~~October~~ November 9, 2021, following which the Court will determine if oral argument is necessary and/or if it is appropriate to modify the foregoing relief with respect to defendant Hinseryo; and

b.     Within thirty (30) days of the entry of this Order, defendant Glanz Axis may appear in this action through counsel and seek relief from this Order on behalf of Glanz Axis if such relief is appropriate and warranted. If Glanz Axis does not appear in 30 days, Plaintiffs may move for a default judgment to be entered against defendant Glanz Axiz.

---

By no later than **Friday, October 15, 2021**, Plaintiff must serve a copy of the preliminary injunction on all Defendants and file proof of service on the docket.

By no later than **Wednesday, October 13, 2021**, Defendants must file a letter with the English names (either the phonetic spelling or the English translation) of Defendants listed as numbers 202, 203, and 204 in the attached Schedule A so that the Court can add them to the docket.

The Clerk of Court is respectfully directed to remove the viewing restrictions on docket entries 1-3, 6-2, 10, and 11 (all parts). The Clerk is further directed to replace on the docket the Defendant "The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A hereto" with the Defendants listed below (numbers 1-201).

---

This Preliminary Injunction is entered at ___6:40pm___ on ___Oct 12, 2021___.

**SO ORDERED.**

_Valerie Caproni_
**VALERIE CAPRONI**
**UNITED STATES DISTRICT JUDGE**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ZURU (SINGAPORE) PTE., LTD; | ) | |
| ZURU LLC; | ) | |
| ZURU INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: |
| | ) | |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED | ) | |
| LIABILITY COMPANIES, PARTNERSHIPS, AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A TO THE | ) | |
| COMPLAINT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SCHEDULE A**

| No. | Defendants |
|---|---|
| 1 | Guangzhou Youduo Plastics Co., Ltd. |
| 2 | Hangzhou KUOSHI Imp&Exp Co., Ltd. |
| 3 | lightinthebox |
| 4 | Shanghai Hou Zhen Trading Co., Ltd. |
| 5 | Shanghai Joan Industrial Co., Ltd. |
| 6 | Shantou Hongtian Environmental Protection Technology Co., Ltd. |
| 7 | Shantou Penyo Culture Technology Co., Ltd. |
| 8 | shenzhen sanyoo unicom Technology Co.,Ltd |
| 9 | Taizhou Union Time Imp&Exp Co., Ltd. |

| No. | Defendants |
|---|---|
| 10 | Wenzhou Wonderland Packaging Products Co., Ltd. |
| 11 | abuahmad89 |
| 12 | auto121 |
| 13 | bestservicephone8819 |
| 14 | creative.purchase |
| 15 | discounts_center |
| 16 | ec_home |
| 17 | jsygee_23 |
| 18 | juluox_87 |
| 19 | lnrm_71 |
| 20 | majestic-city |
| 21 | mxtwish2019 |
| 22 | nimeshmadushan |
| 23 | proorder27 |
| 24 | prostore4you |
| 25 | qifuhua25 |
| 26 | radton.liga |
| 27 | rarath52 |
| 28 | rewh45836 |
| 29 | shzlequipment |
| 30 | yangxiaojd22 |
| 31 | zeemax01 |
| 33 | 435973576 |

| No. | Defendants |
|-----|------------|
| 32 | 3store |
| 34 | aboutguoyi |
| 35 | Acvensity |
| 36 | Anbytech |
| 37 | ArHay |
| 38 | B08NJEFRACKUMUS |
| 39 | BAIZ-US |
| 40 | bei yu jia shang mao |
| 41 | BEN YI |
| 42 | Berish |
| 43 | bestchoice2012 |
| 44 | Biawily |
| 45 | Blessed fitness equipment |
| 46 | buliangren |
| 47 | cailinu |
| 48 | Caleb International |
| 49 | CFDAI |
| 50 | chenyudiyidianpi |
| 51 | Co-creat |
| 52 | CRONDA |
| 53 | Daflly |
| 54 | daka1z2 |
| 55 | DeMiao |

| No. | Defendants |
|-----|------------|
| 56 | DG-one Store |
| 57 | Dianping |
| 58 | DoDocome |
| 59 | DSXC |
| 60 | fashionsupermarket |
| 61 | FGDLMHGxzaA |
| 62 | gaixiabaihuodian |
| 63 | Ganidy |
| 64 | Glanz Axis |
| 65 | Good Life - US |
| 66 | GuangPin |
| 67 | guangzhougukemaoyiyouxiangongsia |
| 68 | GUANYUNXIANMAOXINBAIHUOJINGYINGBU |
| 69 | guxianhuanyudianzishangwubu |
| 70 | GWJGOGO |
| 71 | Hai Zhou Qu Ze Zhao Bai Huo Jing Ying Bu |
| 72 | Haicheng Yiyan Electronic Commerce Co., Ltd. |
| 73 | HappySummer |
| 74 | HeFeiJieBengShangMaoYouXianGongSi |
| 75 | Hello JPN |
| 76 | henankushenshangmaoyouxiangongsi |
| 77 | HERBMASTER |
| 78 | Hinseryo |

| No. | Defendants |
|-----|------------|
| 79 | HisoShop |
| 80 | Holiday party store |
| 81 | HongZhi Toy1 |
| 82 | HUIZorbit US |
| 83 | iFFyToy |
| 84 | Iskra Electronic Commerce |
| 85 | JFXD-US |
| 86 | JHSONG C. |
| 87 | jinjiangshixiyuan peiqin fuzhuangshanghang |
| 88 | jintangxianhongyugeshangmao |
| 89 | jiusimaoyi |
| 90 | jjsjjmysh |
| 91 | Jotis Norman |
| 92 | JRChuang US |
| 93 | JUEFENG |
| 94 | JWYUNMAN |
| 95 | keshuai |
| 96 | KeyHome Store |
| 97 | King-Hong |
| 98 | LakPty |
| 99 | LANBA |
| 100 | LanTer |
| 101 | LBFNKCH Direct |

| No. | Defendants |
|---|---|
| 102 | Legendary life |
| 103 | LeKe Trading |
| 104 | Li Ying Department Store |
| 105 | LiChaoBeiMei |
| 106 | LiRuiJuan |
| 107 | LiRuiMei |
| 108 | LKHJHHY |
| 109 | Loney-US |
| 110 | LUCAS LLC |
| 111 | MADAMPHUONG SPA TAKE CARE HAIR NAIL AND SKIN |
| 112 | Makoto Shinsei |
| 113 | manyingkeji9 |
| 114 | MAOXINBAIHUO |
| 115 | maqiang-us |
| 116 | Mayshowes |
| 117 | MiaoGouShangPu |
| 118 | Minuo |
| 119 | MM SHOP COLLECTIONS |
| 120 | neimengguruizexiang |
| 121 | NENGTUO |
| 122 | Newishop |
| 123 | NewYa direct |
| 124 | OUKR |

| No. | Defendants |
|-----|------------|
| 125 | Party club |
| 126 | PartyTree |
| 127 | Phikun |
| 128 | putianliangmaomaoyi |
| 129 | QIANCHENGSIJINUS |
| 130 | qianruishangdian |
| 131 | qifanmaoyi |
| 132 | QINSLONYUS |
| 133 | Quanshangkongjian |
| 134 | qunfanQF |
| 135 | RICHAVOCADO |
| 136 | rongxianxuyangzhenwuchanaichadian |
| 137 | Ruck Laek |
| 138 | salier |
| 139 | Satcal Direct |
| 140 | SDFW International Trade Company |
| 141 | SenShuo |
| 142 | Shanghai Kling Supply Chain Management Co., Ltd. |
| 143 | shanghaiweichengqiyeguanliyouxiangongsi |
| 144 | shangqiushishengdaowangluokejiyouxianzerengongsi |
| 145 | Shenzhen Mingyang Innovation Technology Co., Ltd. |
| 146 | shishishi yimei maoyiyouxiangongsi |
| 147 | shufudianpu |

| No. | Defendants |
|-----|------------|
| 148 | Springtime Store |
| 149 | ssdfvcg |
| 150 | Sup2020 |
| 151 | SXJY |
| 152 | TAIN Co. |
| 153 | Tech-HOME |
| 154 | TEEKOOT |
| 155 | three pines |
| 156 | Time Jane |
| 157 | TineTee |
| 158 | Trendy boutique poster |
| 159 | TTTTT-1 |
| 160 | Tumream |
| 161 | Tusalmo Direct |
| 162 | U.S. Luck Jork Mystery Box Retail Store |
| 163 | URCUTE |
| 164 | UTUC-EUR |
| 165 | wangwanggongsi |
| 166 | wanhaoJONE |
| 167 | wbsdesign |
| 169 | WEI 【US STORE】 |
| 168 | weifangyuanyangmaoyi |
| 170 | Wensiteus |

| No. | Defendants |
|-----|------------|
| 171 | WINFLY |
| 172 | WLWOY |
| 173 | wudongjiang |
| 174 | wuguoliangll |
| 175 | Wuhan BaiTeng Supply Chain Management Co.,Ltd |
| 176 | XIAOLEILIU |
| 177 | Xiong shop |
| 178 | xjhmslysm |
| 179 | xuchangchudongshangmaoyouxiangongsi |
| 180 | XUELUUS |
| 181 | xuzhiquanmeiguoyidian |
| 182 | YiFeict |
| 183 | YIJIXIAO |
| 184 | ying she ji |
| 185 | Yiwu Kuoshuo Trading Co., Ltd. |
| 186 | YMFUN |
| 187 | yongchunxinhongmaoyiyouxiangongsi |
| 188 | yongrui1 |
| 189 | you le yuan |
| 190 | ypzww |
| 191 | YueYangXianLuChiBaiHuoDian |
| 192 | zengqinglinbeimeidian |
| 193 | zhanfukeji |

| No. | Defendants |
|-----|------------|
| 194 | zhangmingxia |
| 195 | ZhangPingShiXinNingYangMaoYiYouXianGongSi |
| 196 | zhengxiaoyin |
| 197 | Zhengzhou Mianlong Trading Co Ltd |
| 198 | ZhiNiu |
| 199 | zhong zhi ying |
| 200 | ZXMYBDÆc² |
| 201 | Zydium |
| 202 | 海城市东四管理区安赢百货商行 |
| 203 | 海城市腾鳌镇冠辽百货商行 |
| 204 | 潘嘎商贸 |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 1 | https://youduo.en.alibaba.com |
| 2 | https://kuoshi.en.alibaba.com |
| 3 | https://www.lightinthebox.com |
| 4 | https://cn1500363181.en.alibaba.com |
| 5 | https://joan.en.alibaba.com |
| 6 | https://sthotem.en.alibaba.com |
| 7 | https://penyo.en.alibaba.com |
| 8 | https://szssyzl888888.en.alibaba.com |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 9 | https://union-time.en.alibaba.com |
| 10 | https://wzwonderland.en.alibaba.com |
| 11 | https://www.ebay.com/usr/abuahmad89 |
| 12 | https://www.ebay.com/usr/auto121 |
| 13 | https://www.ebay.com/usr/bestservicephone8819 |
| 14 | https://www.ebay.com/usr/creative.purchase |
| 15 | https://www.ebay.com/usr/discounts_center |
| 16 | https://www.ebay.com/usr/ec_home |
| 17 | https://www.ebay.com/usr/jsygee_23 |
| 18 | https://www.ebay.com/usr/juluox_87 |
| 19 | https://www.ebay.com/usr/lnrm_71 |
| 20 | https://www.ebay.com/usr/majestic-city |
| 21 | https://www.ebay.com/usr/mxtwish2019 |
| 22 | https://www.ebay.com/usr/nimeshmadushan |
| 23 | https://www.ebay.com/usr/proorder27 |
| 24 | https://www.ebay.com/usr/prostore4you |
| 25 | https://www.ebay.com/usr/qifuhua25 |
| 26 | https://www.ebay.com/usr/radton.liga |
| 27 | https://www.ebay.com/usr/rarath52 |
| 28 | https://www.ebay.com/usr/rewh45836 |
| 29 | https://www.ebay.com/usr/shzlequipment |
| 30 | https://www.ebay.com/usr/yangxiaojd22 |
| 31 | https://www.ebay.com/usr/zeemax01 |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 33 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A24K0P8RYXEBZ4&sshmPath= |
| 32 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AP5CXY6RJNMME&sshmPath= |
| 34 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A15RRFZG515B37&sshmPath= |
| 35 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3QUHX524R53RP&sshmPath= |
| 36 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1WNNLA5WQU7E9&sshmPath= |
| 37 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2771KFTXDK374&sshmPath= |
| 38 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3RR4TIDNMMJU8&sshmPath= |
| 39 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1F906ROI5VO2L&sshmPath= |
| 40 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2V32GP6DN9BVQ&sshmPath= |
| 41 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AB9TRUQF3P4ZA&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 42 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2GAN76C79FLAV&sshmPath= |
| 43 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1DJIUWW1MQ5C5&sshmPath= |
| 44 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AL85O1C596S11&sshmPath= |
| 45 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2ZO87WGV6PTO5&sshmPath= |
| 46 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3KGQ6A034RQ6C&sshmPath= |
| 47 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2A8HWKQXXG9F3&sshmPath= |
| 48 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3BYZ4BGT5NIIT&sshmPath= |
| 49 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2C7GQ5A5ZHQX6&sshmPath= |
| 50 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A32GUATXA9N7I1&sshmPath= |
| 51 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3E9P5F51ZRKPW&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 52 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ABAHWFF47AWRE&sshmPath= |
| 53 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A11D6AWAON6LBR&sshmPath= |
| 54 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3TX4S55JXDRCG&sshmPath= |
| 55 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1YCRJB8BMCXPF&sshmPath= |
| 56 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ACEI1VTY7AVVO&sshmPath= |
| 57 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AXNV4J0517108&sshmPath= |
| 58 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A32S5I5A4Z4V7I&sshmPath= |
| 59 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AXD8I600F1MR1&sshmPath= |
| 60 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1CHJRRY42OAR4&sshmPath= |
| 61 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2U6D1Z8Y1W9MV&sshmPath= |

| No. | Defendants Online Marketplace |
|---|---|
| 62 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AM2X4Y8XGMURN&sshmPath= |
| 63 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AQJJSOLXGM7PH&sshmPath= |
| 64 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A238TH9UWEYE9U&sshmPath= |
| 65 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1YF83J8H47M24&sshmPath= |
| 66 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1X152WW0XP35O&sshmPath= |
| 67 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1KLFUXHZLI4CM&sshmPath= |
| 68 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A16EORZUDM8OFF&sshmPath= |
| 69 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2G465O3B01VEC&sshmPath= |
| 70 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3N63CU2HSI58H&sshmPath= |
| 71 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2CJLWXR0OKIC6&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 72 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3QZVM49A6J69A&sshmPath= |
| 73 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2YQGWMXOMF0CQ&sshmPath= |
| 74 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2YDU66VMFX5A4&sshmPath= |
| 75 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ABZGX8UA33M37&sshmPath= |
| 76 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1EAJ7K6SEFS2C&sshmPath= |
| 77 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1DEYMKPAZ9VCG&sshmPath= |
| 78 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A38Z2HUSEDBO3X&sshmPath= |
| 79 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3JYTZKO052JXW&sshmPath= |
| 80 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2YFJJR56G9S3I&sshmPath= |
| 81 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2BJ22PY4RTX5U&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 82 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1H49GRPAN0910&sshmPath= |
| 83 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3DNHZC2YAMJQW&sshmPath= |
| 84 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2HBV8T2ZW31QX&sshmPath= |
| 85 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1E0NOQ6GCLD8A&sshmPath= |
| 86 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3VLXBA7J4N0WO&sshmPath= |
| 87 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2C2Q1EO4OG62E&sshmPath= |
| 88 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=APQM7QAPZZYT9&sshmPath= |
| 89 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3LNR6MKHZ2M5J&sshmPath= |
| 90 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1NR4UK0UM8W8V&sshmPath= |
| 91 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A34Q9655HXBO6M&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 92 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3QZVL8Z591WLF&sshmPath= |
| 93 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A23VHDZFCCMAIM&sshmPath= |
| 94 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A301GS6CWVC37J&sshmPath= |
| 95 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A35JHC96AVR90W&sshmPath= |
| 96 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A80S87YDF2FVY&sshmPath= |
| 97 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2EAL4Q9BK4EPK&sshmPath= |
| 98 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3458RHW4XFVPB&sshmPath= |
| 99 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3NLJPNU4AFZ3R&sshmPath= |
| 100 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2DNJ0UGR1QZL8&sshmPath= |
| 101 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2R18H9WKXRNDX&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 102 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A119X6SEOZ4MRS&sshmPath= |
| 103 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1F2WJA1HQ6AGQ&sshmPath= |
| 104 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ARY0L52TI59SF&sshmPath= |
| 105 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AP70UB1784TC8&sshmPath= |
| 106 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A12P8OX5EE4QQS&sshmPath= |
| 107 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A8XY1FT9IQKI7&sshmPath= |
| 108 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A16O8JI668JK3D&sshmPath= |
| 109 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=APQ63NBLS03QM&sshmPath= |
| 110 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A36CKE3N6H6OTV&sshmPath= |
| 111 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3CKDU8VVUEWKY&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 112 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A391JQRC5E2Y4G&sshmPath= |
| 113 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1GPN6VD2S0DKD&sshmPath= |
| 114 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A28QKN4FGAM7PI&sshmPath= |
| 115 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2TKDH71PD3NOO&sshmPath= |
| 116 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2HJZ9WP3D940L&sshmPath= |
| 117 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A37QBH7OEOXYL&sshmPath= |
| 118 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A26FPCJH24CTIO&sshmPath= |
| 119 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2PI0TAZW5WYWM&sshmPath= |
| 120 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2SLHEI0BHWTK2&sshmPath= |
| 121 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1S34F9KQW9X41&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 122 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3CRN7ML7X0GP3&sshmPath= |
| 123 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A39MY6IVQNAZTM&sshmPath= |
| 124 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1QVQ3VPICBVBK&sshmPath= |
| 125 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1I38GQF4PKAYV&sshmPath= |
| 126 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1UL7BYP0LH2L9&sshmPath= |
| 127 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1XLZPR2G1BG7L&sshmPath= |
| 128 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2Q6KWXMM60AA5&sshmPath= |
| 129 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ARI9Z3EJS38GW&sshmPath= |
| 130 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3ERRNNIIBAG1X&sshmPath= |
| 131 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2P3GFDN1J5NIJ&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 132 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3K9CSW29AK8T7&sshmPath= |
| 133 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2DVQ13BMOZ44N&sshmPath= |
| 134 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2ORM381J40RQE&sshmPath= |
| 135 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AMBZYLH8TS3YR&sshmPath= |
| 136 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1BOQ8Q1CZODOE&sshmPath= |
| 137 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AJN2SSAEGO4UE&sshmPath= |
| 138 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A34T7G7I6QO1E8&sshmPath= |
| 139 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1XYFQN7HJCGXO&sshmPath= |
| 140 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3M8AFOZD1XYHQ&sshmPath= |
| 141 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3SINEWCUMYEDU&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 142 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A387SKILNKRZ5F&sshmPath= |
| 143 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2IWSIVE3SWFHO&sshmPath= |
| 144 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1OFDUJUQ5FM4P&sshmPath= |
| 145 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3P29W9X6O9GL7&sshmPath= |
| 146 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2JEHAPJD5JNZX&sshmPath= |
| 147 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A21TVTDCXWLW9I&sshmPath= |
| 148 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2F10JHYI6RSI4&sshmPath= |
| 149 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1GHSS5ZN46T93&sshmPath= |
| 150 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AKAJFR5U63DV6&sshmPath= |
| 151 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3LX33HO4LH1GP&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 152 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2P93DYG5F5F8Q&sshmPath= |
| 153 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3KLYKZBDO2TKE&sshmPath= |
| 154 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2OOHSDB45JURH&sshmPath= |
| 155 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1D2AV0H2LA2ML&sshmPath= |
| 156 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A197SVQY8W2J9A&sshmPath= |
| 157 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1HZGY6XGVGIB3&sshmPath= |
| 158 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A20O7AIEXTVSKW&sshmPath= |
| 159 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3ICAYKB16KV2Y&sshmPath= |
| 160 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A12BW7KAM0FS09&sshmPath= |
| 161 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3S0IKBYF4VAGZ&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 162 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AO0PBWQE1UQT7&sshmPath= |
| 163 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AW5YMLSUARDK6&sshmPath= |
| 164 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ACMEXZMMPK6EV&sshmPath= |
| 165 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A26T0EXC5DNDL0&sshmPath= |
| 166 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A340DNEVR9A53F&sshmPath= |
| 167 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3UUCR29EASFXA&sshmPath= |
| 169 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2TH1M7OUGYRQE&sshmPath= |
| 168 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1CVX6BUUYBBKI&sshmPath= |
| 170 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3CUHP4C801NFW&sshmPath= |
| 171 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2IQRNP5BWQP1M&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 172 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1IJ516M33RJJP&sshmPath= |
| 173 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1W70RE8WICFMU&sshmPath= |
| 174 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1PASDS9TV10FZ&sshmPath= |
| 175 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3LFTX5GV5GKUY&sshmPath= |
| 176 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A10IMNNYQXP0RG&sshmPath= |
| 177 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2PLKPG74728NR&sshmPath= |
| 178 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A15IVFO2N5HV53&sshmPath= |
| 179 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AFNJK6P6WPZ0&sshmPath= |
| 180 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3LFK9KKKAFSGA&sshmPath= |
| 181 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AYIQYDU4IX9ER&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 182 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1XJLZNEPZGF54&sshmPath= |
| 183 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AGTSKO1RB7CQR&sshmPath= |
| 184 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A204UMW8B2ZJP5&sshmPath= |
| 185 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2OUHXSO2P76KQ&sshmPath= |
| 186 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AZSDQ0X9455OY&sshmPath= |
| 187 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1IFXTOUE7Q5IR&sshmPath= |
| 188 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2CEPTJYBK96B&sshmPath= |
| 189 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1KHUN4RVJ32MT&sshmPath= |
| 190 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2YW206LR67BII&sshmPath= |
| 191 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1BIJ7T0HUAL91&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 192 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A33WN0I75X7JZW&sshmPath= |
| 193 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1SFPW52UYZ92Q&sshmPath= |
| 194 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3GRDWE0HUFMKT&sshmPath= |
| 195 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1K2AMGHUKH2AH&sshmPath= |
| 196 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1SLK0LAAFRRMQ&sshmPath= |
| 197 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1XSYG7YP8SM6X&sshmPath= |
| 198 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3FVT1Y267BCMO&sshmPath= |
| 199 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A152Y9IN4BYU8Z&sshmPath= |
| 200 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2ZZVTNH4A91GG&sshmPath= |
| 201 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A271JHQBATTC2N&sshmPath= |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 202 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A17NA7SXG446TW&sshmPath= |
| 203 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A20TFQZ7EDNM7M&sshmPath= |
| 204 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A36QJPMC7OVGY1&sshmPath= |