

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2021

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURU (SINGAPORE) PTE., LTD. <br> ZURU LLC, <br> ZURU INC. <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 1:21-cv-08102 |

### PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55, Plaintiffs ZURU (SINGAPORE) PTE., LTD., ZURU LLC, and ZURU INC. (collectively "Plaintiffs") hereby move the Court for Entry of Default and Default Judgment against the Defendants identified on the First Amended Schedule A. In support of this Motion, Plaintiffs are separately and contemporaneously filing a supporting Memorandum of Law in Support, including the Declaration of Michael Yellin and a copy of the First Amended Schedule A.

Dated: November 23, 2021

Respectfully submitted,

*/s/ Michael R. Yellin*
Michael R. Yellin
Cole Schotz P.C. (Hackensack)
25 Main Street
Hackensack, NJ 07601
myellin@coleschotz.com

Motion DENIED without prejudice.

Plaintiffs did not follow the procedures in Attachment A of the undersigned's Individual Practices in Civil Cases. No proposed order to show cause for default judgment or proposed default judgment were filed. The Court previously reminded Plaintiff that any motion must comply with the Court's individual practices. *See* Endorsement, Dkt. 166.

The Clerk of Court is respectfully directed to close the open motion at docket entry 167.

SO ORDERED.

*Valerie Caproni* (signature)

Date: November 24, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE