USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
ZURU (SINGAPORE) PTE., LTD; :
ZURU LLC; :
ZURU INC., :  21-CV-8102 (VEC)
                              Plaintiffs, :
: ORDER
              -against- :
:
:
THE INDIVIDUALS, CORPORATIONS, LIMITED :
LIABILITY COMPANIES, PARTNERSHIPS, AND :
UNINCORPORATED ASSOCIATIONS :
IDENTIFIED ON SCHEDULE A HERETO, :
:
                              Defendants. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 28, 2022, the Court held a show cause hearing on why default judgments should not be entered against the remaining Defendants in this litigation;

WHEREAS Plaintiffs and Defendant Anbytech appeared at the hearing; and

WHEREAS no other Defendant appeared at the hearing.

IT IS HEREBY ORDERED that Plaintiffs' application that a default judgment be entered against Defendant Anbytech is DENIED. By no later than **Friday, February 11, 2022**, Plaintiffs and Defendant Anbytech must file a joint letter on the status of their settlement negotiations. If the parties have not settled by that date, the Court will schedule an initial pretrial conference.

IT IS FURTHER ORDERED that by no later than **Friday, February 4, 2022**, Plaintiffs must file a revised proposed Default Judgment against the defaulting Defendants. Plaintiffs must remove Anbytech from the list of Defendants and make the other changes as ordered at the hearing. Plaintiffs must file clean and redlined versions of the revised proposed Default

Judgment on the docket.  Plaintiffs must also email a Microsoft Word version of the revised proposed Default Judgement to Chambers.

**SO ORDERED.**

**Date:  January 28, 2022**
       **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**